■

169 So.2d 313

**Hillery O. BARNES**

**v.**

**STATE.**

**I Div. 258.**

Supreme Court of Alabama.

Nov. 19, 1964.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for petitioner.

Hillery O. Barnes, pro se.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Barnes v. State, 169 So.2d 313.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.

171 So.2d 108

**Ex parte Edward Ward BAXTER.**

**6 Div. 171.**

Supreme Court of Alabama.

Jan. 21, 1965.

Edward Ward Baxter, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Edward Ward Baxter for certiorari to the Court of Appeals to review and revise the judgment and decision in Ex parte Baxter, 171 So.2d 107.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

172 So.2d 541

**Ex parte Edward Ward BAXTER.**

**6 Div. 172.**

Supreme Court of Alabama.

March 4, 1965.

Edward Ward Baxter, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

COLEMAN, Justice.

Original petition for habeas corpus.

Writ denied. Ex parte Lee, 275 Ala. 343, 155 So.2d 296; Ex parte Whitson, 275 Ala. 685, 158 So.2d 486.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.